## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 402 | **DATE** | 7/1/2009 |
| **CASE TITLE** | Cockroft v. Moore | | |

**DOCKET ENTRY TEXT:**

At the request of one of the parties, the mediation set for July 9, 2009 is cancelled until the summary judgment motion is decided. The clerk of the court is to notify this court of the disposition of the summary judgment motion.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|