IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JARED CROCKROFT,

    Plaintiff,

v.

TIMOTHY MOORE, individually and
in his official capacity as Sheriff of
Polk County, Wisconsin,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-402-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Timothy Moore and this case is dismissed.

_____
Peter Oppeneer, Clerk of Court

JUL 2 8 2009
_____
Date